UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR1692-JTM |
| Plaintiff, | ) | |
| v. | ) | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| TONY LYNN COLIN HEAD, | ) | |
| Defendant. | ) | |

Upon application of the defendant, Mr. Head, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all documents relied upon in determining Mr. Head's prior criminal convictions, law enforcement contacts, and pending charges.

**IT IS SO ORDERED.**

DATED: September 7, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge